UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Ruffin El,                          Misc. Case No. 19-mc-51833

       Petitioner.                   Honorable Nancy G. Edmunds

_____/

**ORDER CLOSING MISCELLANEOUS CASE**

Beginning on December 18, 2019, *pro se* Petitioner Ruffin El has filed with this Court a number of letters and documents that are incomprehensible. Understandably, the Clerk of the Court was uncertain as to the purpose for which Petitioner submitted these materials, and the present miscellaneous case was opened so that these submissions could be docketed and acted upon as the Court deemed appropriate.

Having reviewed Petitioner's submissions, the Court finds that this miscellaneous case should be closed for lack of any jurisdictional basis or cognizable claim for relief. Nothing in any of the materials submitted by Petitioner can be construed as stating a claim upon which relief can be granted, nor as raising any matters over which this Court may exercise subject matter jurisdiction.

For these reasons, IT IS HEREBY ORDERED AND ADJUDGED that this miscellaneous case is CLOSED. Petitioner's submissions will no longer be accepted for filing, absent the commencement of a civil suit through the filing of a complaint accompanied by either (i) payment of the customary filing fee, or (ii) an application to proceed *in forma pauperis*.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: February 6, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 6, 2020, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager